AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| INSPIRE COMMERCE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-03807-JMS-MPB |
| ENVISTA, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INSPIRE COMMERCE, INC.

Date:   12/11/2018

*Attorney's signature*

Aiman Farooq, Bar No.: 0106351
*Printed name and bar number*

600 N. Pine Island Rd.
Suite 400
Plantation, FL 33324

*Address*

afarooq@forthepeople.com
*E-mail address*

(954) 327-3041
*Telephone number*

(954) 327-3024
*FAX number*