AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| INSPIRE COMMERCE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CV-3807-JMS-MPB |
| ENVISTA, LLC, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ENVISTA, LLC                                                                .

Date:   12/13/2018

/Dean E. McConnell/
*Attorney's signature*

Dean E. McConnell, 20254-49
*Printed name and bar number*

Indiano & McConnell LLC
9795 Crosspoint Bl., Ste 185
Indianapolis, IN 46256

*Address*

dean@im-iplaw.com
*E-mail address*

(317) 912-1331
*Telephone number*

(317) 927-8279
*FAX number*