# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| INSIPRE COMMERCE, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-CV-3807-JMS-MPB |
| ENVISTA, LLC, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ENVISTA, LLC                                                                                                                  .

Date:  12/13/2018                                           /E. Victor Indiano/
                                                                          *Attorney's signature*

                                                                          E. Victor Indiano, 4849-49
                                                                          *Printed name and bar number*

                                                                          Indiano & McConnell LLC
                                                                          9795 Crosspoint Bl., Ste 185
                                                                          Indianapolis, IN 46256
                                                                          *Address*

                                                                          vic@im-iplaw.com
                                                                          *E-mail address*

                                                                          (317) 912-1331
                                                                          *Telephone number*

                                                                          (317) 927-8279
                                                                          *FAX number*