**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| INSPIRE COMMERCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 1:18-cv-3807-JMS-MPB |
| ENVISTA, LLC, ENVISTA | ) | |
| INTERACTIVE SOLUTIONS, LLC | ) | |
| d/b/a ENSPIRE COMMERCE, and | ) | |
| RETAILPOINT II, LLC d/b/a | ) | |
| RETAILPOINT | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON EXTENSION OF TIME**

The Court, being duly advised, hereby grants Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint and Demand for Jury Trial.  Defendants shall answer or otherwise respond to Plaintiff's Complaint and Demand  for Jury Trial by **January 24, 2019**.

Dated:  December 17, 2018

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.