UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Case No. 1:18-cv-3807- JMS-MPB

| | |
|---|---|
| INSPIRE COMMERCE, INC. | ) |
|     Plaintiff, | ) |
|     vs. | ) |
| ENVISTA, LLC, ENVISTA INTERACTIVE | ) |
| SOLUTIONS, LLC d/b/a ENSPIRE COMMERCE, | ) |
| and RETAILPOINT II, LLC d/b/a RETAILPOINT, | ) |
|     Defendants. | ) |

## DEFENDANTS'/COUNTERCLAIM PLAINTIFFS' PRELIMINARY WITNESS LIST

Pursuant to the Case Management Plan entered in this case, Defendants/Counterclaim Plaintiffs enVista, LLC, enVista Interactive Solutions, LLC and Retailpoint II, LLC (Collectively "enVista") submits their Preliminary Witness List.

By providing this Preliminary Witness List, enVista does not waive its right to add additional witnesses or remove witnesses as additional information is learned through investigation and discovery, nor does enVista waive any claim of privilege or right to object to any such witness or the substance of the testimony of any such witness on any grounds, including competency, privilege, relevancy and materiality, hearsay, confidentiality, or any other appropriate grounds.

### PRELIMINARY WITNESSES

Jim Barnes, President, enSpire, LLC
11555 N. Meridian Street, Suite 300, Carmel, IN

Susan Kasperski
VP, Deliver & Customers
11555 N. Meridian Street, Suite 300, Carmel, IN

Subroto Majumdar
enSpire Sr. Director, Delivery
11555 N. Meridian Street, Suite 300
Carmel, IN

Seshu Emani
enSpire Manager,  Commerce
11555 N. Meridian Street, Suite 300, Carmel, IN

Julie Clementina
Manager, Human Capital, EITS
11555 N. Meridian Street, Suite 300, Carmel, IN

Praveen Chinna
Human Capital Specialist
11555 N. Meridian Street, Suite 300, Carmel, IN

Gene Feichtner
enVista Controller
11555 N. Meridian Street, Suite 300. Carmel, IN

Trish Stitz
Sr. Financial Analyst
11555 N. Meridian Street, Suite 300, Carmel, IN

Donnie Massey
Sr. Financial Analyst
11555 N. Meridian Street, Suite 300, Carmel, IN

J.J. Schambow
enVista Vice President, Global 3 Marketing & Business Dev.
11555 N. Meridian Street, Suite 300, Carmel, IN

Kelly Majors
Sr. Financial Analyst
11555 N. Meridian Street, Suite 300, Carmel, IN

Michael McGrady
Bus. Dev. Manager
11555 N. Meridian Street, Suite 300, Carmel, IN

Drew Kidd
Bus. Dev. Manager
11555 N. Meridian Street, Suite 300, Carmel, IN

Jeff Ritter
Inbound Marketing Manager
1555 N. Meridian Street, Suite 300, Carmel, IN

Kyle Edgell
Digital Marketing Manager
11555 N. Meridian Street, Suite 300, Carmel, IN

Ashley Ayers
Sr. Corporate Communications Specialist
11555 N. Meridian Street, Suite 300, Carmel, IN

Katheryn Mundt
Sr. Events Coordinator
11555 N. Meridian Street, Suite 300, Carmel, IN

David Eckel
Managing Partner
11555 N. Meridian Street, Suite 300, Carmel, IN

Ben Gavin
VP Operations
11555 N. Meridian Street, Suite 300, Carmel, IN

John Stitz
Sr. Managing Partner
11555 N. Meridian Street, Suite 300, Carmel, IN

Mike Ingardia
10630 Oxford Mill Circle, Johns Creeks, GA 30022

Jeremy Futch
Director, Client Services
11555 N. Meridian Street, Suite 300, Carmel, IN

David Long
Sales Director
11555 N. Meridian Street, Suite 300, Carmel, IN

Rachel Ledforth
Product Manager
11555 N. Meridian Street, Suite 300, Carmel, IN

Chad Jackson
Systems Administrator
11555 N. Meridian Street, Suite 300, Carmel, IN

Cody Maus
Systems Security
11555 N. Meridian Street, Suite 300, Carmel, IN

All persons listed on Plaintiff Inspire Commerce's Initial Disclosures

All persons listed on Plaintiff's Preliminary Witness List

All officers and executives of Inspire Commerce, Inc.

All records custodians for business records of Inspire Commerce, Inc.

All persons on Plaintiff's Preliminary Witness List

Additional persons who may be disclosed during investigation or discovery

All persons identified during depositions as having knowledge regarding the subject of this litigation.

Any expert witnesses designated to testify by any party

Any persons with information to rebut any witness called by Plaintiff.

/s/ Stephen M. Terrell, #543-49

TERRELL LAW OFFICE, LLC
9840 Westpoint Drive,
Suite 100
Indianapolis, IN 46256
Attorney for Defendants

**Certificate of Service**

I hereby certify that I have on April 17, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

> David F. Tamaroff and Aiman Farooq
> MORGAN & MORGAN, P.A.
> 703 Waterford Way, Suite 1050
> Miami, Florida 33126

> /s/ Stephen M. Terrell, #543-49

TERRELL LAW OFFICE, LLC
9840 Westpoint Drive,
Suite 100
Indianapolis, IN 46256
Attorney for Defendants