UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INSPIRE COMMERCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENVISTA, LLC, ENVISTA INTERACTIVE SOLUTIONS, LLC d/b/a ENSPIRE COMMERCE, and RETAILPOINT II, LLC d/b/a RETAILPOINT, <br><br> Defendants. | Case No. 1:18-cv-3807-JMS-MPB |

## **APPEARANCE**

To the Clerk of this court and all parties of record:

I, Renee J. Mortimer, the below signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for enVista, LLC, enVista Interactive Solutions, LLC dba Enspire Commerce and RetailPoint II, LLC dba RetailPoint.

Date: July 10, 2019                             Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH  LLP


By:  /s/ Renee J. Mortimer
     Renee J. Mortimer (20724-45)
     Renee.Mortimer@lewisbrisbois.com
     222 Indianapolis Blvd., Suite 207-5
     Schererville, IN 46375
     D: 219.440.0604
     F: 219.440.0601

4813-5644-8668.1