IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INSPIRE COMMERCE, INC.<br><br>Plaintiff,<br><br>ENVISTA, LLC, ENIVSTA INTERACTIVE SOLUTIONS, LLC d/b/a ENSPIRE COMMERCE, RETAILPOINT II, LLC d/b/a RETAILPOINT<br><br>Defendants. | Case No. 1:18-cv-03807<br><br>Dismissal with prejudice acknowledged [40]. JMS, CJ 07-30-19<br>Distribution via ECF. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff INSPIRE COMMERCE, INC. ("Plaintiff") and ENVISTA, LLC, ENVISTA INTERACTIVE SOLUTIONS, LLC d/b/a ENSPIRE COMMERCE, RETAILPOINT II, LLC d/b/a RETAILPOINT ("Defendants") by and through their respective undersigned counsel, hereby submit this Stipulation for Dismissal With Prejudice of this action, and as grounds therefore, state as follows:

1. Plaintiff and Defendants have reached an agreement to settle all claims by and between them in the above-captioned action and stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this action, and all claims for relief and causes of action alleged herein, shall be dismissed with prejudice.

2. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

WHEREFORE, Plaintiff and Defendants hereby request that this Court enter an order of dismissal, with prejudice, with each party to bear its own attorneys' fees and costs.

4852-6531-8046.1                                1